*ADMITTED TO NEW JERSEY & NEW YORK BAR

# Robert J. DeGroot

ATTORNEY AT LAW

56 PARK PLACE

NEWARK, NEW JERSEY 07102

(973) 643-1930

FAX NO. (973) 643-7231

EMAIL ADDRESS
RobertJDeGroot@aol.com

March 12, 2012

Hon. Dennis M. Cavanaugh, U.S.D.C.J.
Frank R. Lautenberg U.S.P.O. & Cthse Bldg.
Room 451
Federal Square
P.O. Box 999
Newark, N.J. 07101

    Re: United States v. Michael Kaufman
        2:08-cr-00763-DMC

Dear Judge Cavanaugh:

    I had previously sent a letter to the Court requesting an extension for Mr. Kaufman to turn himself in on April 16, 2012 based on a child custody/divorce hearing that I thought was set on April 5, 2012. I was mistaken in that the divorce custody/hearing is set over the course of two days, one on April 5, 2012 and the other on April 25, 2012. I have attached both notices with this letter. There is of course a possibility/probability that the matter may be extended for more Court appearances. After discussing this matter with Defendant's divorce counsel I think that a more accurate estimate as to when his divorce/child custody matter may be completed is on or about June 1, 2012. I would therefore request that the Court move the turn in date to on or about June 1, 2012.

    I apologize to the Court for any inconvenience that this may cause.

                                    Respectfully submitted,

                                    Robert J. DeGroot, Esq.

                                    By: Oleg Nekritin, Esq.

Encl.
cc: Bohdan Vitvitsky, A.U.S.A.
     Renee Caggia, Probation Department

IT IS on this 15th day of MARCH, 2012. Ordered that the surrender date for Michael Kaufman be and the same hereby extended to June 1, 2012.

SO ORDERED: _____
DENNIS M. CAVANAUGH, U.S.D.J.